UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **ROSALI RODRIGUEZ REMON,** § § § *Petitioner,* § § v. § § **COREY PRICE,** *Field Director, Immigration and Customs Enforcement;* § **DANA BOENTE,** *Acting U.S. Attorney General;* **JOHN F. KELLY,** *Secretary of Department of Homeland Security;* § **THOMAS HOMAN,** *Director of Immigration and Customs Enforcement,* § § *Respondents.* § § | EP-17-CV-00038-DCG |

## FINAL JUDGMENT

In accordance with the "Order Adopting the Report and Recommendation of the Magistrate Judge, Granting Respondents' Motion to Dismiss, and Dismissing Petitioner's Petition" issued this date in this action, the Court enters, pursuant to Federal Rule of Civil Procedure 58, its Final Judgment disposing of this action in its entirety. There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

**IT IS ORDERED** that Petitioner Rosali Rodriguez Remon's "Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241" (ECF No. 1) is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that each side shall bear its own attorney's fees and costs.

**IT IS MOREOVER ORDERED** that all pending motions, if any, are denied as **MOOT** and the District Clerk **SHALL CLOSE** this case.

So ORDERED and SIGNED this 2nd day of October 2017.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE